IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BLAKE MCCORKLE, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | No. 1:15-CV-0154-P-BL |
| ) | |
| COBRA ENTERPRISES OF UTAH INC., ) | |
| et al., ) | |
| Defendants. ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On November 17, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 11) in which he recommends that the Court deny a motion to remand (doc. 9). No party has filed any objection to the recommendation. After reviewing the relevant filings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the Report and Recommendation (doc. 11) and **DENIES** Plaintiff's Motion to Abstain and to Remand (doc. 9). Because Plaintiffs improperly joined Defendant CCSA, L.P., dba Wild Bill's Pawn, in this action, the Court dismisses that entity as a defendant. *See Green v. Buckley Madole, P.C.*, No. 3:14-CV-3742-N-BN, 2015 WL 1505697, at *5 (N.D. Tex. Mar. 30, 2015) (accepting recommendation of Mag. J. that improperly joined defendant be dismissed).

**SIGNED this 25th day of January, 2016.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**