IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BLAKE McCORKLE and REBECCA McCORKLE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>COBRA ENTERPRISES OF UTAH, INC. and HORNADY MANUFACTURING COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:15-CV-154-C |

## ORDER

On this day the Court considered Defendant Hornady Manufacturing Company's (Hornady) Motion for Summary Judgment, filed July 26, 2016. Plaintiffs did not respond to the motion. The United States Magistrate Judge issued a Report and Recommendation on August 26, 2016, recommending that the motion be granted due to Plaintiffs' failure to raise any genuine issue of material fact. Neither party has filed written objections, and the time to do so has now expired.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, and Defendant's Motion for Summary Judgment is **GRANTED**. Judgment will be entered in favor of Defendant Hornady on all claims.

SO ORDERED this 15th day of September, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE